1  GEORGE A. RILEY (State Bar No. 118304)
   LUANN L. SIMMONS (State Bar No. 203526)
2  O'MELVENY & MYERS LLP
   Embarcadero Center West
3  275 Battery Street
   San Francisco, California 94111
4  Telephone:  (415) 984-8700
   Facsimile:  (415) 984-8701
5  E-Mail:     griley@omm.com
               lsimmons@omm.com
6
   DAVID M. FURBUSH (State Bar No. 83447)
7  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
8  Menlo Park, California 94025
   Telephone:  (650) 473-2600
9  Facsimile:  (650) 473-2601
   E-Mail:     dfurbush@omm.com
10
   Attorneys for Nominal Defendant
11 APPLE COMPUTER, INC.

12                    **UNITED STATES DISTRICT COURT**

13                   **NORTHERN DISTRICT OF CALIFORNIA**

14                          **SAN JOSE DIVISION**

15 ALFRED RONCONI, derivatively on behalf          Case No. C 06-05389 JW
   of APPLE COMPUTER, INC.,
16
           Plaintiff,
17                                                 **STIPULATION AND [PROPOSED]
        v.                                         ORDER EXTENDING TIME FOR
18                                                 DEFENDANTS TO RESPOND TO
   STEVEN P. JOBS, PETER OPPENHEIMER,              COMPLAINT AND REFERRING
   AVADIS TEVANIAN, JR., TIMOTHY D.                CASE TO JUDGE JEREMY FOGEL**
19 COOK, RONALD B. JOHNSON,
   JONATHAN RUBINSTEIN, MITCHELL
20 MANDICH, JAMES J. BUCKLEY, DANIEL
   L. EILERS, G. FREDERICK FORSYTH,
21 FRED D. ANDERSON, ARTHUR D.
   LEVINSON, JEROME B. YORK, WILLIAM
22 V. CAMPBELL, MILLARD S. DREXLER,
   LAWRENCE J. ELLISON,
23
           Defendants,
24
        - and -
25 APPLE COMPUTER, INC.,

26         Nominal Defendant.

27

28

---

STIP. & PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPL. - C 06-05389 JW

MP1:987274.1

1  IT IS HEREBY STIPULATED by and between Plaintiff Alfred Ronconi and Nominal
2  Defendant Apple Computer, Inc., as follows:
3  WHEREAS, Ronconi filed his Complaint on August 31, 2006;
4  WHEREAS, counsel are engaged in discussing the possibility of consolidation of this
5  matter with related cases and/or the subsequent filing of a consolidated complaint;
6  WHEREAS, the undersigned parties wish to further judicial efficiency by deferring
7  responsive pleadings until such time as consolidation issues are addressed;
8  WHEREAS, the undersigned parties believe and agree that pursuant to L.R. 3-12(a) the
9  instant action is related to the following actions deemed related and currently assigned to Judge
10 Jeremy Fogel: (1) *Karant v. Jobs, et al.*, Case No. C06-04128 JF; (2) *Holbert v. Anderson, et al.*,
11 Case No. C06-04454 JF; (3) *Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust v.*
12 *Anderson, et al.*, Case No. C06-04493 JW; (4) *Port Authority of Allegheny County Retirement*
13 *and Disability Allowance Plan for Employees Represented by Local 85 of the Amalgamated*
14 *Transit Union v. Jobs, et al.*, Case No. C06-04510 PJH; (5) *Alecci v. Anderson, et al.*, Case No.
15 C06-04649; and (6) *Priebe v. Jobs, et al.*, Case No. C06-04703 WHA.
16 NOW, THEREFORE, pursuant to L.R. 6-1, the undersigned parties stipulate as follows:
17 All defendants who have been served to date, and all defendants who shall subsequently
18 accept service and request to be covered by this stipulation, shall have an extension of time to
19 answer or otherwise respond to 30 days after the filing of a consolidated complaint, <u>or</u> in the
20 event that the Court denies a motion for consolidation, the above-described defendants shall
21 answer or otherwise respond to Ronconi's Complaint no later than 30 days after such denial. The
22 parties further agree that pursuant to L.R. 3-12(a), this case is related to the above-described cases
23 assigned to Judge Jeremy Fogel, and therefore in the interest of judicial economy and efficiency,
24 the parties respectfully request that this case be referred to Judge Jeremy Fogel.
25
26
27
28

STIP. & PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPL. - C 06-05389 JW

MP1:987274.1

IT IS SO STIPULATED.

Dated: September 6, 2006

GEORGE A. RILEY
DAVID M. FURBUSH
LUANN L. SIMMONS
O'MELVENY & MYERS LLP

By: /s/ Luann L. Simmons
      Luann L. Simmons

Attorneys for Nominal Defendant
APPLE COMPUTER, INC.

Dated: September 6, 2006

RICHARD HEIMANN
JOY A. KRUSE
BRUCE W. LEPPLA
PETER E. LECKMAN
LIEFF CABRASER HEIMANN
   & BERNSTEIN

By: */s/ Richard Heimann / PEL w/permission*
      Richard Heimann

Attorneys for Plaintiff
ALFRED RONCONI

## CERTIFICATION OF CONCURRENCE

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Plaintiffs' counsel via Peter E. Leckman.

Dated: September 6, 2006

GEORGE A. RILEY
DAVID M. FURBUSH
LUANN L. SIMMONS
O'MELVENY & MYERS LLP

By: /s/ Luann L. Simmons
      Luann L. Simmons

Attorneys for Nominal Defendant
APPLE COMPUTER, INC.

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pursuant to stipulation, IT IS SO ORDERED. |
| 3 | Dated: 9/22/06 |
| 4 | |
| 5 | _____ |
| 6 | The Honorable James Ware<br>United States District Judge |

- 3 -
STIP. & PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPL. - C 06-05389 JW

MP1:987274.1